RECEIVED
SEP 25 2009
TONY R. MOORE, CLERK
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 09-00232 |
| | * | |
| | * | 18 U.S.C. § 113(a)(3) |
| VERSUS | * | |
| | * | |
| | * | JUDGE DRELL |
| JEREMY BENDER, | * | |
| STEPHEN BRUM | * | MAGISTRATE JUDGE KIRK |

**INDICTMENT**

THE GRAND JURY CHARGES:

COUNT 1

On or about October 29, 2008, in the Western District of Louisiana, the defendants, JEREMY BENDER and STEPHEN BRUM, within the territorial jurisdiction of the United States, namely, the United States Penitentiary in Pollock, Louisiana (USP Pollock) on land acquired for the use of the United States, did assault R.H. and A.D., inmates at USP Pollock, with a dangerous weapon, to wit: a shank, with intent to do bodily harm, and without just cause or excuse, in violation of Title 18, United States Code, Sections 113(a)(3) and 2. [18 U.S.C. §§ 113(a)(3) and 2.]

A TRUE BILL

DONALD W. WASHINGTON
UNITED STATES ATTORNEY

NICOLE O. SNYDER (CA # 250636)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101
318-676-3600