U.S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 2 0 2015

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 09-CR-00232 |
| JEREMY BENDER | JUDGE DEE D. DRELL |
|  | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Bender's Section 2255 motion is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 19th day of August, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE